UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GREGORY SCOTT HIRSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00021-MPB-CSW |
| | ) |
| EACH AND EVERY MEMBER OF U.S. CONGRESS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Consistent with today's entry, the Court enters final judgment in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by way of his Complaint, and this action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: March 5, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

GREGORY SCOTT HIRSCH
1843 Shannon Lane
Evansville, IN 47725